THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Larry Joe Reichard,       
Appellant.
 
 
 

Appeal From Pickens County
John W. Kittredge, Circuit Court Judge

Unpublished Opinion No. 2004-UP-206
Submitted January 29, 2004  Filed March 
 24, 2004 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, Office of Appellate 
 Defense, of Columbia, for Appellant.
Attorney General Henry Dargan 
 McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney 
 General Charles H. Richardson, all of Columbia, and Solicitor Robert M. Ariail, 
 of Greenville, for Respondent.
 
 
 

PER CURIAM:  Larry Reichard pled guilty 
 to 46 counts of breach of trust with fraudulent intent.  He was sentenced to 
 one term of five years confinement suspended on service of three years confinement 
 and five years probation; nine consecutive terms, each for two years confinement, 
 suspended on service of five years probation and a consecutive six months at 
 the state restitution center; and concurrent terms totaling three years confinement 
 on the remaining indictments.  Judge Hughston issued a written order for a future 
 restitution hearing, which was convened in September 2002.  Reichard appeals, 
 arguing Judge Hughstons failure to check the restitution box on 36 of his 
 sentencing sheets divested the restitution judge of subject-matter jurisdiction 
 over those convictions.  On appeal, counsel for Reichard has filed a brief pursuant 
 to Anders v. California, 386 U.S. 738 (1967), asserting that there were 
 no meritorious grounds for appeal and requesting permission to withdraw from 
 further representation.  Reichard has not filed a pro se response.  

After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED. [1] 
 
HEARN, C.J., and GOOLSBY and HOWARD, JJ., concur. 

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.